## HULSEY v. JACKSON *et al.*

No. 6405.   Opinion Filed January 18, 1916.

(154 Pac. 649.)

**APPEAL AND ERROR—Failure to Prosecute—Dismissal.** Dismissed for failure to prosecute under rule 1 (38 Okla. vi, 137 Pac. ix).

*Error from District Court, Hughes County.*

Action by John Hulsey against Ida Jackson and others. Judgment for defendants, and plaintiff brings error. Dismissed.

*Crump & Skinner,* for plaintiff in error.

PER CURIAM. It is recommended that the above cause be dismissed under rule 7 (38 Okla. vi, 137 Pac. ix.) for failure of the plaintiff in error to prosecute the appeal.

By the Court: It is so ordered.